MORRIS PLATZNER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. LOUIS PLATZNER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgments and orders reversed, with costs, and new trial ordered, with costs to the appellant to abide the event, on the

ground that the verdicts are against the weight of the evidence. Present—Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.